**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1264**

_____


In Re:  REGINALD S. TUCKER,

             Petitioner.



_____

On Petition for Writ of Mandamus.
(1:07-cv-01150-LO-TCB)

_____

Submitted:  May 22, 2008               Decided:  May 28, 2008

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Reginald S. Tucker, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald S. Tucker petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas corpus petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court dismissed the petition without prejudice for failure to exhaust state court remedies. Accordingly, because the district court has recently decided Tucker's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED